DEFOREST RADIO TELEPHONE AND TELEGRAPH COMPANY, Appellant, v. RADIO STORES CORPORATION, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JAN SMICH, Respondent, v. OCEANIC STEAM NAVIGATION CO., LTD., and Another, Defendants, Impleaded with T. HOGAN & SONS, INC., Appellant.— Judgment and order reversed and new trial ordered, with costs to the appellant to abide the event, upon the ground that the verdict is against the weight of the evidence. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

BARNETT WEINGOLD, Appellant, v. NEW AMSTERDAM CASUALTY COMPANY, Respondent.— Judgment and order reversed, with costs, and the verdict reinstated. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on the Complaint of SAMUEL SPERBER, Respondent, v. JOSEPH GULA, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

LIONEL MOSES, Respondent, v. STANDARD RICE COMPANY, INC., Appellant.— Determination reversed, with costs and disbursements to the appellant in this court and in the Appellate Term, and the complaint dismissed, with costs, upon the ground that there was no valid service on the defendant. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTON MEISTER, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

BERTHA E. RAND, Respondent, v. HERCULES POWDER COMPANY, INC., and Another, Appellants, and Others, Defendants, Impleaded with PHILIP C. KULLMAN, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ. [See 129 Misc. 891.]

ALBERT E. RAND, Respondent, v. HERCULES POWDER COMPANY, INC., and Another, Appellants, and Others, Defendants, Impleaded with PHILIP C. KULLMAN and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ. [See 129 Misc. 891.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE DELAWARE AND HUDSON COMPANY, Appellant, v. JAMES L. WELLS, President, and Others, etc., Constituting the Board of Taxes and Assessments in the City of New York, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BERNARD ISEAR, Appellant,— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

OSCAR KOENIG, Appellant, v. EDWARD C. H. VOGLER and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

KAL NEWMARK, Respondent, v. LEON KOB, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.